ACCEPTED
01-14-00186-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 3:50:37 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00186-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
April 21, 2015
CHRISTOPHER A. PRINE,
CLERK

IN THE COURT OF APPEALS

FOR THE FIRST JUDICIAL DISTRICT

HOUSTON, TEXAS

———————————————

LLOYD GILLIAM AND CAROLYN GILLIAM, MARTHA HOLLAN, CHARLIE BEAIRD AND KAREN BEAIRD, LILA ROSE ANDERSON, MICHAEL SANDERS AND RAQUEL SANDERS, RICHARD LON AND PRISCILLA LON, DONNA H. JOHNSON, JEROME A. BRADKE AND NANCY BRADKE, MR. AND MRS. E. E. EWING, JR., RICKY LEGGETT, KENNY BEAR AND DANA BEAR, REGINA BRUEGGEMAN AND STEVEN BRUEGGEMAN, MARLO PORRAS, DAVID CONNELL, JR., JASON BRONAS AND BARBARA MC GUIRE,

APPELLANTS,

V.

SANTA FE INDEPENDENT SCHOOL DISTRICT,
APPELLEE.

———————————————

APPEAL FROM 405TH JUDICIAL DISTRICT COURT, GALVESTON COUNTY, TEXAS TRIAL COURT NO. 10-CV-0489

HONORABLE MICHELLE SLAUGHTER, PRESIDING

———————————————————————————

**APPELLANTS MOTION TO SUBSTITUTE COUNSEL**

Appellants, Lloyd Gilliam and Carolyn Gilliam, Martha Hollan, Charlie Beaird and Karen Beaird, Lila Rose Anderson, Michael Sanders and Raquel Sanders, Richard Lon and Priscilla Lon, Donna H. Johnson, Jerome M. Bradke and Nancy Bradke, Mr. and Mrs. E.E. Ewing, Jr., Ricky Leggett, Kenny Bear and Dana Bear, Regina Brueggeman and Steven Brueggeman, Marlo Porras, David Connell, Jr., Jason Bronas and Barbara Mc Guire, submit this motion seeking the substitution of counsel, Anthony P. Griffin, and to allow in his place Rachaelle Reynolds. For good cause Appellants would submit to the Court as follows, to-wit:

1. On January 27, 2015, Anthony P. Griffin resigned from the State Bar of Texas, and as such will not be able to perform the tasks of oral argument before this Honorable Court. In this context, Appellants request that Rachaelle Reynolds be substituted as attorney of record in the place and stead of Anthony P. Griffin.

1

2.  Appellants approve this substitution.
3.  The information for new counsel is as follows, to-wit:

Rachaelle Reynolds
State Bar No. 24088294
5522 Larkin Street, Unit A
Houston, Texas 77007
Phone: (832) 427-9877
Fax: (713) 456-2820
Email: rachaelle.reynolds0720@gmail.com

4.  Proposed substitution counsel approves the substitution herein. Said counsel also will be responsible for the oral argument in this matter.
5.  It is prayed this motion be granted in all parts.

DATE:  April 21, 2015.

Respectfully submitted,


/S/ Rachaelle Reynolds
_____

Rachaelle Reynolds

State Bar No. 24088294
5522 Larkin Street, Unit A
Houston, Texas 77007
Phone: (832) 427-9877
Fax: (713) 456-2820
Email:  rachaelle.reynolds0720@gmail.com

**ATTORNEY FOR APPELLANTS:**
Lloyd Gilliam and Carolyn Gilliam,
Martha Hollan,
Charlie Beaird and Karen Beaird,
Lila Rose Anderson,
Michael Sanders and Raquel Sanders,
Richard Lon and Priscilla Lon,
Donna H. Johnson,
Jerome A. Bradke and Nancy Bradke,
Mr. and Mrs. E. E. Ewing, Jr.,
Ricky Leggett,
Kenny Bear and Dana Bear,
Regina Brueggeman and Steven Brueggeman,
Marlo Porras,
David Connell, Jr.,
Jason Bronas and
Barbara Mc Guire

## CERTIFICATE OF SERVICE

This is to certify that on the 21TH day of April, 2015, a true and correct copy of this motion was forwarded to opposing counsels by mailing the same by electronic filing of the same and/or by certified mail, return receipt requested, postage prepaid when noted, to-wit:

Richard Morris
Adam Courtin
Rogers, Morris & Glover, L.L.P
5718 Westheimer, Suite 1200
Houston, Texas 77057
Phone: (713) 960-6000
Fax: (713) 960-6025
E-mail: rmorris@rmgllp.com
E-mail: acourtin@rmgllp.com

/S/ *Rachaelle Reynolds*

_____

Rachaelle Reynolds